JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**EDGAR VELASQUEZ,**<br><br>Defendant. | Case No. CV 13-06704 WDK (jcx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendant Edgar Velasquez, an individual d/b/a Tacos Arandas at Arandas Car Wash, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendant Edgar Velasquez, an individual d/b/a Tacos Arandas at Arandas Car Wash, as follows:

(a)   defendant Edgar Velasquez, an individual d/b/a Tacos Arandas at Arandas Car Wash, shall pay the plaintiff, G & G Closed Circuit Events, LLC,

1  $4,200.00 in total damages plus attorneys' fees in the amount of $620.00 plus
2  costs.

4  IT IS SO ORDERED.

6  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
7  States mail or by telefax or by email, copies of this Order on counsel in this matter.

10  Dated: September 11, 2014

_____

William Keller
United States District Judge

- 2 -